CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

February 27, 2026

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JIMMY DEAN MCCORMICK, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:25-cv-00128 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| JANICE L. DAVIS, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) |        United States District Judge |
| Defendants. ) | |

Plaintiff Jimmy Dean McCormick, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Janice L. Davis, S.W.V.J.A. Haysi, and Smart Communication. By Order entered February 27, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the Court with his new address. (ECF No. 3.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.* at 2.)

On December 15, 2025, an order mailed to Plaintiff was returned to the court as undeliverable, indicating that Plaintiff is no longer incarcerated at Southwest Virginia Regional Jail – Haysi and providing no forwarding address. (*See* ECF No. 11.) To date, Plaintiff has not notified the court of his release or transfer or provided the court with an updated address.

Additionally, on February 2, 2026, Defendants jointly filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 17.) On February 4, 2026, the court issued a *Roseboro* notice to Plaintiff directing him to respond to Defendants' motion within 28 days.

(ECF No. 19.) Plaintiff never responded to Defendants' motion and has not otherwise filed any document in support of his claims in eight months.[1]

Based on Plaintiff's failure to provide the court with an up-to-date address and otherwise pursue his claims against Defendants, the court will dismiss this action without prejudice for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 27th day of February, 2026.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the *Roseboro* notice was likewise returned to the court as undeliverable and indicating that Plaintiff was no longer incarcerated at the Haysi facility. (ECF No. 20.)